ORIGINAL

FILED

10/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0324

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 23-0324

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

RICHARD JAMES HAACKE,

      Defendant and Appellant.

FILED

OCT 1 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

### GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 20 2023, to prepare, file, and serve the Appellant's opening brief.